No. 25-10800

# IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

**Smoothie King Franchises, Inc.,**

*Plaintiff-Appellee*,

*v.*

**Best Smoothie Inc., Monjovic LLC, and Jean Victome,**

*Defendants-Appellants.*

Appeal from the United States District Court
for the Northern District of Georgia

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

| | |
|---|---|
| ADAM H. CHARNES<br>KILPATRICK TOWNSEND<br>  & STOCKTON LLP<br>2001 Ross Avenue, Suite 4400<br>Dallas, Texas 75201<br>(214) 922-7106<br>acharnes@ktslaw.com | JOHN P. JETT<br>AVA J. CONGER<br>JOE P. REYNOLDS<br>KILPATRICK TOWNSEND<br>  & STOCKTON LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309<br>(404) 815-6500<br>jjett@ktslaw.com<br>aconger@ktslaw.com<br>jreynolds@ktslaw.com |

*Counsel for Appellee*
*Smoothie King Franchises, Inc.*

11th Cir. No. 25-10800
*Smoothie King Franchises, Inc. v. Best Smoothie Inc., et al.*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-2, Appellee Smoothie King Franchises, Inc. ("Smoothie King") identifies the following persons and entities who may have an interest in the outcome of this case:

1. The Honorable William M. Ray, II, United States District Judge for the Northern District of Georgia

2. Best Smoothie, Inc. – Defendant/Appellant

3. Christopher P. Bussert – Counsel for Plaintiff/Appellee

4. Adam H. Charnes – Counsel for Plaintiff/Appellee

5. Ava J. Conger – Counsel for Plaintiff/Appellee

6. Jennifer Cotton – Counsel for Plaintiff/Appellee

7. François O. Ecclesiaste – Counsel for Defendants/Appellants

8. Jonathan D. Goins – Counsel for Defendants/Appellants

9. John P. Jett – Counsel for Plaintiff/Appellee

10. Austin King – Counsel for Defendants/Appellants

11. Kilpatrick Townsend & Stockton LLP – Counsel for Plaintiff/Appellee

12. Lewis Brisbois Bisgaard & Smith LLP – Counsel for Defendants/Appellants

13. Monjovic LLC – Defendant/Appellant

14. Wale Oyenuga – Former Franchisee of Plaintiff/Appellee Smoothie King Franchises, Inc.

15. Joe P. Reynolds – Counsel for Plaintiff/Appellee

16. Smoothie King Franchises, Inc. – Plaintiff/Appellee

17. Jean Victome – Defendant/Appellant

18. Alice Ward – Counsel for Defendants/Appellants

No publicly traded company or corporation has an interest in the outcome of this case or appeal.

Dated: April 14, 2025.

    Respectfully submitted,

    /s/ *John P. Jett*

| | |
|---|---|
| ADAM H. CHARNES | JOHN P. JETT |
| KILPATRICK TOWNSEND | AVA J. CONGER |
|  & STOCKTON LLP | JOE P. REYNOLDS |
| 2001 Ross Avenue, Suite 4400 | KILPATRICK TOWNSEND |
| Dallas, Texas 75201 |  & STOCKTON LLP |
| (214) 922-7106 | 1100 Peachtree Street, Suite 2800 |
| acharnes@ktslaw.com | Atlanta, Georgia 30309 |
| | (404) 815-6500 |
| | jjett@ktslaw.com |
| | aconger@ktslaw.com |
| | jreynolds@ktslaw.com |

*Counsel for Appellee*

11th Cir. No. 25-10800
*Smoothie King Franchises, Inc. v. Best Smoothie Inc., et al.*

## CERTIFICATE OF SERVICE

I certify that I caused Smoothie King's Opposition to Appellants' Motion to Stay Judgment Pending Appeal to be filed with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the Appellate CM/ECF system on April 14, 2025. Counsel of record in the case who are registered CM/ECF users, will be served by operation of the CM/ECF system.

/s/ *John P. Jett*
JOHN P. JETT
KILPATRICK TOWNSEND &
  STOCKTON LLP

*Counsel for Appellee*